■ CHARLES K. AMPOFO, Appellant, v LEONIE M. BRYDSON, Respondent. [41 NYS3d 424]—

Order, Supreme Court, Bronx County (Betty Owen Stinson, J.), entered January 14, 2016, which granted defendant's motion for summary judgment dismissing the complaint, unanimously reversed, on the law, without costs, and the motion denied.

In this action for personal injuries sustained in a motor vehicle accident, the record shows that while plaintiff's approach into the intersection was regulated by a stop sign and no traffic control devices regulated defendant's approach, issues of fact preclude summary judgment. That there are issues of fact is highlighted by the parties' deposition testimony as well as the point of contact between the vehicles. Such issues include whether plaintiff had stopped before entering the intersection, which of the vehicles entered the intersection first, which driver had the right-of-way, and whether the driver with the right-of-way exercised reasonable care to avoid the accident (*see e.g. Nevarez v S.R.M. Mgt. Corp.*, 58 AD3d 295, 298 [1st Dept 2008]). Concur—Friedman, J.P., Sweeny, Saxe, Kapnick and Gesmer, JJ.